UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARAS BOJAJ,

       Plaintiff,

                                      Case No. 14-CV-13262
vs.                                  HON. GEORGE CARAM STEEH

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.

_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION AND REMANDING
PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) [DOC. 22]

      This matter is before the court on the parties' cross-motions for summary judgment as to plaintiff Maras Bojaj's claim for judicial review of defendant Commissioner of Social Security's decision denying his claim for a period of disability and disability insurance benefits. On October 19, 2015, Magistrate Judge Majzoub issued a report and recommendation recommending that plaintiff's motion for summary judgment be granted in part, that defendant's motion for summary judgment be denied, and that the matter be remanded pursuant to sentence four of 42 U.S.C. § 405(g) for proper consideration and discussion of Dr. Chung's March 10, 2012 opinion in accordance with the treating physician rule, and a reevaluation of the other medical opinions regarding plaintiff's mental RFC, including those of the state agency doctors, in light of the reassessment of Dr. Chung's opinion.

      The court has reviewed the file, record, and magistrate judge's report and

-1-

recommendation. Objections to that report have not been filed by defendant within the established time period. The court accepts the report and recommendation. Accordingly,

IT IS HEREBY ORDERED that the magistrate's report and recommendation is accepted.

IT IS FURTHER ORDERED that the Commissioner's motion for summary judgment is DENIED.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is GRANTED IN PART in accordance with the magistrate's report and recommendation.

Dated: November 12, 2015

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on November 12, 2015, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk